UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-03544-SVW (SK)                Date: April 15, 2026

Title   Calvin Furness Webb v. Andre Green

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**      (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Petitioner is a California state prisoner seeking federal habeas relief under 28 U.S.C. § 2254 from his 2016 convictions for second-degree robbery and assault with a firearm.  (ECF 1 at 2).  In June 2024, Petitioner filed a request for resentencing under California Penal Code § 1172.1, which was denied.  (ECF 1 at 55; Los Angeles Super. Ct. Case No. XCNBA434377-02).  Petitioner appealed the trial court's decision, and the California Supreme Court denied review in January 2026.  (Case No. S294943).  His petition raises two grounds for relief: (1) the trial court's discretionary decision to deny his request for resentencing is appealable and (2) the court abused its discretion by declining to resentence petitioner after reviewing his case.  (ECF 1 at 5).  But as alleged, his petition is subject to summary dismissal for lack of jurisdiction.

Federal habeas relief may be granted only if a petitioner is "in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a); *see Estelle v. McGuire*, 502 U.S. 62, 67–68 (1991).  Absent an independent federal constitutional violation, a challenge to a state court's application of state sentencing laws creates no federal question cognizable on federal habeas review.  *See Lewis v. Jeffers*, 497 U.S. 764, 780 (1990) ("[F]ederal habeas corpus relief does not lie for errors of state law.").  Thus, petitioner's sentencing claims are unreviewable.  *See, e.g., Miller v. Vasquez*, 868 F.2d 1116, 1118–19 (9th Cir. 1989) (federal habeas relief unavailable for claims based on state sentencing laws); *Souch v. Schaivo*, 289 F.3d 616, 622–23 (9th

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-03544-SVW (SK)                                Date: April 15, 2026

Title       Calvin Furness Webb v. Andre Green

Cir. 2002) (challenge to trial court's exercise of discretion under state sentencing law fails to state federal habeas claim).

For this reason, Petitioner is ORDERED TO SHOW CAUSE on or before **May 7, 2026** why the Court should not dismiss the petition for failure to state a cognizable federal habeas claim.  Petitioner may discharge this order by voluntarily dismissing the entire action using the attached Form CV-09y.  Failure to respond to this order, however, may lead to involuntary dismissal for failure to prosecute and obey court orders.  See Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.