# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN FURNESS WEBB,<br>Petitioner,<br>v.<br>ANDRE GREEN,<br>Respondent. | Case No. 2:26-cv-03544-SVW (SK)<br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Action, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2254 is dismissed without prejudice.

DATED: July 23, 2026

HON. STEPHEN V. WILSON
United States District Judge